ACCEPTED
01-15-00666-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 1:01:58 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00666-CR

| | | |
|---|---|---|
| **ROBERT LEE BURNETT** | § | **IN THE FIRST** |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| **V.** | § | **COURT OF APPEALS** |
| | § | 12/4/2015 1:01:58 PM |
| | § | CHRISTOPHER A. PRINE |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 1:01:58 PM
CHRISTOPHER A. PRINE
Clerk

## THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF THE COURT:**

ROBERT LEE BURNETT, Appellant in the above referenced cause, files this, his Second Unopposed Motion to Extend Time to File Appellant's Brief, pursuant to the Texas Rules of Appellate Procedure, and would show as follows:

1. This is an appeal from the 506th Judicial District Court of Grimes County, Texas. The trial court cause assigned this matter Cause Number 17,685.

2. Appellant respectfully requests a seven (7) day extension, until December 14, 2015, in which to file his Appellant's Brief. This is Appellant's third request for an extension of time in which to file his brief.

3. In this cause, a jury convicted BURNETT of failure to comply with registration requirements. The Trial Court subsequently sentenced him to sixty years in the Institutional Division of the Texas Department of Criminal Justice.

4. The trial court filed the clerk's record with the Court on August 4, 2015.

5. Appellant's brief is due on Monday, December 7, 2015.

6.     On November 16, 2015, the undersigned completed and filed one of the parent's briefs in Case No. 14-15-00644-CV; *In the Interest of M.G., B.G., M.S.G., and A.Z.*; in the Fourteenth Court of Appeals of Houston, Texas, the involuntary termination of parental rights case referenced in the Appellant's second unopposed motion for an extension.   Since that filing, the undersigned has been working to finish reading the reporter's record in the instant matter as well as conducting the legal research necessary to complete Appellant's brief.  Moreover, several matters which the undersigned had "put-off" while completing the aforementioned brief needed the undersigned's time and attention over the last two weeks.   Accordingly, good cause exists for the short, seven (7) day, extension sought herein.

7.     WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this motion for an extension of time.

Respectfully submitted,

**CLOVER & MARAK PLLC**

By:   /s/ Joshua S. Clover
    Joshua S. Clover
    State Bar No. 24045668
    josh@clovermarak.com
    P.O. Box 2548
    Brenham, Texas 77834
    979-836-7733
    888-227-1147 (fax)
ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that today, December 4, 2015, I conferred with counsel for the State who indicated he was unopposed to the extension of time requested in this motion.

/s/ Joshua S. Clover
Joshua S. Clover

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Third Unopposed Motion to Extend Time to File Appellant's Brief* has been served to all counsel of record in the manner indicated below on this the 4th day of December, 2015:

***Via Facsimile:*** *(936) 873-2688*
Tuck McLain
District Attorney
Grimes County
P.O. Box 599
Anderson, Texas 77830

/s/ Joshua S. Clover
Joshua S. Clover